NOTE: CHANGES MADE BY THE COURT

JS-6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLUE SPIKE LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VISUAL LAND INC.,<br><br>　　　　Defendant. | Civil Case No.: 2:17-cv-05887-AB-RAO<br><br>~~PROPOSED~~ **ORDER TO DISMISS** |

　　　Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by plaintiff Blue Spike, LLC and defendant Visual Land Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

//

//

//

//

//

1

ORDERED that the claims asserted herein by Plaintiff Blue Spike, LLC against Defendant Visual Land Inc., AND BY COUNTER CLAIMANT VISUAL LAND INC. AGAINST COUNTER DEFENDANT BLUE SPIKE, LLC, be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

DATED: November 7, 2017

_____

André Birotte Jr.

U.S. District Court Judge