# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE SPIKE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VISUAL LAND INC.,<br><br>    Defendant. | Civil Case No.: 2:17-cv-05887-AB-RAO<br><br>**AMENDED ORDER OF DISMISSAL** |

    Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by Plaintiff Blue Spike LLC and Defendant Visual Land Inc. pursuant to a settlement of the above-captioned litigation between the Parties, and recognizing the Joint Notice and Proposed Amended Order of Dismissal filed by the Parties clarifying that stipulation it is ordered that the Order to Dismiss (Dkt. No. 20) is hereby vacated and it is further ordered as follows:

    ORDERED that the claims asserted herein by Plaintiff Blue Spike LLC against Defendant Visual Land Inc. be, and hereby are, dismissed with prejudice; and

    IT IS FURTHER ORDERED that the counterclaims asserted herein by Counterclaim-Plaintiff Visual Land Inc. against Counterclaim-Defendant Blue Spike LLC be, and hereby are, dismiss without prejudice; and

IT IS FURTHER ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

Dated: November 21, 2017

                                        Hon. André Birotte Jr.
                                        U.S. DISTRICT COURT JUDGE PRESIDING